# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>Dennis Cooper<br><br>Debtor(s) | Case No. 11 B 50406 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/16/2011.

2) The plan was confirmed on 04/02/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 06/18/2012.

5) The case was Dismissed on 08/29/2012.

6) Number of months from filing to last payment: 7.

7) Number of months case was pending: 15.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $2,412.50 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $2,412.50

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $440.25 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $123.04 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $563.29

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Allied Collection Services | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| Armor Systems Corporation | Unsecured | 141.00 | NA | NA | 0.00 | 0.00 |
| Aspire | Unsecured | 925.00 | NA | NA | 0.00 | 0.00 |
| Bank Of America | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Bayside Cash | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Becket & Lee | Unsecured | 1,335.00 | 1,335.09 | 1,335.09 | 0.00 | 0.00 |
| Book of the Month Club | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| CashCall Inc | Unsecured | 1,443.00 | 1,717.36 | 1,717.36 | 0.00 | 0.00 |
| CBCS | Unsecured | 228.00 | NA | NA | 0.00 | 0.00 |
| Chase Home Finance | Secured | 110,000.00 | NA | NA | 0.00 | 0.00 |
| Citizens Financial Services | Secured | 11,626.71 | 11,626.71 | 11,626.71 | 1,656.69 | 192.52 |
| Citizens Financial Services | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| City Of Grand Rapids Treasurer Office | Priority | 333.00 | 358.51 | 358.51 | 0.00 | 0.00 |
| Credit Protection Association | Unsecured | 166.00 | NA | NA | 0.00 | 0.00 |
| DTE Energy | Unsecured | 170.00 | NA | NA | 0.00 | 0.00 |
| Early Moments | Unsecured | 22.00 | NA | NA | 0.00 | 0.00 |
| Educational Credit Management Corp | Unsecured | 26,013.00 | 26,744.29 | 26,744.29 | 0.00 | 0.00 |
| Eric J English DDS | Unsecured | 226.00 | NA | NA | 0.00 | 0.00 |
| Excellence In Orthodontics | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| Fifth Third Bank | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Fingerhut | Unsecured | 782.00 | NA | NA | 0.00 | 0.00 |
| Fncc | Unsecured | 497.00 | NA | NA | 0.00 | 0.00 |
| Friendly Finance | Unsecured | 2,522.00 | NA | NA | 0.00 | 0.00 |
| Ginny's | Unsecured | 854.00 | NA | NA | 0.00 | 0.00 |
| Grand Rapids Public Library | Unsecured | 81.00 | NA | NA | 0.00 | 0.00 |
| H E Stark Agency | Unsecured | 203.00 | NA | NA | 0.00 | 0.00 |
| Helen Cooper | Priority | 1,000.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept Of Public Aid | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Integrity Advance LLC | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Internal Revenue Service | Priority | 5,419.43 | 5,419.43 | 5,419.43 | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 9,613.84 | 5,709.76 | 5,709.76 | 0.00 | 0.00 |
| J C Penney Co Inc | Unsecured | 650.00 | NA | NA | 0.00 | 0.00 |
| JH Portfolio Debt Equities LLC | Unsecured | 781.00 | NA | NA | 0.00 | 0.00 |
| JH Portfolio Debt Equities LLC | Unsecured | 1,056.00 | NA | NA | 0.00 | 0.00 |
| JHS Marketing | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Kent County Register Of Deeds | Unsecured | 6,000.00 | NA | NA | 0.00 | 0.00 |
| LHR Inc | Unsecured | 250.00 | 497.71 | 497.71 | 0.00 | 0.00 |
| Literary Guild Select | Unsecured | 38.00 | NA | NA | 0.00 | 0.00 |
| M & L Imports | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Michigan Dept Of Treasury | Priority | 1,700.00 | NA | NA | 0.00 | 0.00 |
| Midland Credit Management | Unsecured | 1,001.00 | NA | NA | 0.00 | 0.00 |
| National Recoveries Inc | Unsecured | 196.00 | NA | NA | 0.00 | 0.00 |
| National Recoveries Inc | Unsecured | 598.00 | NA | NA | 0.00 | 0.00 |
| National Recovery Systems | Unsecured | 74.00 | NA | NA | 0.00 | 0.00 |
| National Recovery Systems | Unsecured | 21.00 | NA | NA | 0.00 | 0.00 |
| Nco / Inovision-Medclr | Unsecured | 162.00 | NA | NA | 0.00 | 0.00 |
| Nco / Inovision-Medclr | Unsecured | 212.00 | NA | NA | 0.00 | 0.00 |
| Oak Harbor Capital LLC | Unsecured | NA | 2,118.27 | 2,118.27 | 0.00 | 0.00 |
| Old Navy | Unsecured | 850.00 | NA | NA | 0.00 | 0.00 |
| Orbit Leasing | Unsecured | 4,202.00 | 3,368.12 | 3,368.12 | 0.00 | 0.00 |
| Pay Day Loans | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | 374.00 | 374.05 | 374.05 | 0.00 | 0.00 |
| Professional Finance Company | Unsecured | 735.00 | NA | NA | 0.00 | 0.00 |
| Sallie Mae | Unsecured | 8,204.00 | 8,184.05 | 8,184.05 | 0.00 | 0.00 |
| Seventh Avenue | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| Short Term Loans LLC | Unsecured | 487.00 | NA | NA | 0.00 | 0.00 |
| Sprint PCS | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Starr Payday Loan | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| State of Michigan Revenue Div | Unsecured | 1,659.00 | NA | NA | 0.00 | 0.00 |
| Swiss Colony | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| Toyota Motor Credit Corporation | Secured | 5,682.00 | 5,389.42 | 5,389.42 | 0.00 | 0.00 |
| Unique National Collection | Unsecured | 76.00 | NA | NA | 0.00 | 0.00 |
| US Fast Cash | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Verizon Wireless | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Weltman Weinberg & Reis Co LPA | Unsecured | 833.00 | NA | NA | 0.00 | 0.00 |
| Western Sky Financial | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $17,016.13 | $1,656.69 | $192.52 |
| **TOTAL SECURED:** | **$17,016.13** | **$1,656.69** | **$192.52** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $5,777.94 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$5,777.94** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$50,048.70** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $563.29 |
| Disbursements to Creditors | $1,849.21 |
| **TOTAL DISBURSEMENTS** : | **$2,412.50** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/15/2013         By: /s/ Marilyn O. Marshall
                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**